SEALED

FILED

May 6, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____VL_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**Case No: SA:26-CR-00235-FB**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> **Plaintiff,** <br><br> v. <br><br> (1)███████, <br> (2)█████████, and <br> (3) SHERMAN WILSON, <br><br> **Defendants.** | **INDICTMENT** <br><br> **COUNT 1: 18 U.S.C. § 1349 Conspiracy to Commit Bank Fraud** <br><br> **COUNTS II-V: 18 U.S.C. § 1344(2) Bank Fraud** |

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times relevant to this Indictment:

### PERSONS AND ENTITIES

1.    Defendant (1) █████████ resided in or near █████████, and maintained a social media profile with the username █████████.

2.    Defendant (2) █████████ resided in or near █████████, and maintained a social media profile with the username █████████.

3.    Defendant (3) SHERMAN WILSON resided in or near Live Oak, Texas, and maintained a social media profile with the username "ilypaperboy".

4.    Victim Company 1 was a credit union insured by the National Credit Union Administration based in San Antonio, Texas. Most of Victim Company 1's branches were in the San Antonio area.

## COUNT ONE
## [18 U.S.C. § 1349]
## (Conspiracy to Commit Bank Fraud)

5.      Paragraphs One through Four of this Indictment are incorporated herein as if fully restated.

6.      Between January 2025 and October 2025, the precise dates unknown, in the Western District of Texas, the Defendants,

(1) ███████████,

(2) ███████████, and

(3) SHERMAN WILSON,

and others both known and unknown to the Grand Jury, did knowingly and willfully conspire to commit bank fraud, namely by devising and executing a scheme to defraud Victim Company 1, and to obtain from Victim Company 1 money by means of false and fraudulent pretenses, representations and promises, through the actions set forth in the "Manner and Means" portion below.

## MANNER AND MEANS

The conspiracy to commit bank fraud was accomplished through the following manner and means:

7.      Account holders at Victim Company 1 received text messages and phone calls that appeared to be from Victim Company 1. The callers claimed they were from Victim Company 1's fraud department and needed to verify the account holders' information. The account holders provided their information and security codes as requested. Shortly thereafter, the account holders discovered that their accounts had been depleted without their authorization.

8.      Customer funds at Victim Company 1 were initially depleted through unauthorized member-to-member transfers to other accounts at Victim Company 1, hereinafter referred to as

2

"money mule" accounts. The stolen funds were then rapidly withdrawn or "wiped" from the money mule accounts through electronic transfers or cash withdrawals.

9.      Recruiters, including (1) ███████████ and (2) ███████████████, used social media to find money mules, including (3) SHERMAN WILSON. Recruiters instructed money mules to open accounts at Victim Company 1 and other financial institutions for the sole purpose of receiving funds obtained through account takeover fraud. Recruiters flaunted stacks of cash and screenshots of bank accounts to bolster their promises of easy money and entice money mules to work with them. Fraudulently obtained funds were typically split between money mules, recruiters, and those with access to account holders' login information, or "plugs."

10.     Victim Company 1 suffered approximately $1,777,638 in losses to this scheme, with millions of dollars more in attempted fraud it was able to prevent.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FIVE
### [18 U.S.C. § 1344(2)]
### (Bank Fraud)

11.     Paragraphs One through Ten of this Indictment are incorporated herein as if fully restated.

12.     On or about the dates stated below, for the Counts listed below, in the Western District of Texas, the Defendants,

(1) ███████████,
(2) ███████████████, and
(3) SHERMAN WILSON,

did unlawfully and knowingly devise and execute a scheme to defraud Victim Company 1, and to obtain from Victim Company 1 money by means of false and fraudulent pretenses, representations and promises, through the actions set forth below:

3

| Count | Date | Unauthorized Transfer |
|---|---|---|
| Two | March 26, 2025 | $75,000 to an account ending in -4672 at Victim Company 1 opened by a money mule whom (2) ▮▮▮▮▮▮▮ recruited |
| Three | March 29, 2025 | $10,000 to an account ending in -0120 at Victim Company 1 opened by (3) SHERMAN WILSON whom (1) ▮▮▮▮▮ recruited |
| Four | March 31, 2025 | $10,000 to an account ending in -9488 at Victim Company 1 opened by a money mule whom (2) ▮▮▮▮▮▮▮ recruited |
| Five | June 23, 2025 | $8,498 to an account ending in -6768 at Victim Company 1 opened by a money mule whom (1) ▮▮▮▮▮ recruited |

All in violation of Title 18, United States Code, Section 1344(2).

A TRUE BILL.

▮▮▮▮▮▮▮▮▮▮   _____

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY:  *Joseph Blackwell* _____
FOR ERIC YUEN
Assistant United States Attorney

4